In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-226 CR


NO. 09-07-227 CR


____________________



CHRISTOPHER LYNN GRAY, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 75th District Court


Liberty County, Texas


Trial Cause Nos. CR26277, CR26309 






MEMORANDUM OPINION


 Christopher Lynn Gray pled guilty to two indictments for the first-degree felony
offense of aggravated sexual assault of a child. The trial court convicted Gray and imposed
concurrent sentences of thirty-two years of confinement in the Texas Department of Criminal
Justice, Correctional Institutions Division. 

 On appeal, Gray's counsel filed a brief that presents counsel's professional evaluation
of the records and concludes the appeals are frivolous. See Anders v. California, 386 U.S.
738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967); High v. State, 573 S.W.2d 807 (Tex. Crim. App.
1978). On October 11, 2007, we granted an extension of time for the appellant to file a pro
se brief. We received no response from appellant. 

 We reviewed the appellate records, and we agree with counsel's conclusion that no
arguable issues support the appeals. Therefore, we find it unnecessary to order appointment
of new counsel to re-brief the appeals. See Bledsoe v. State, 178 S.W.3d 824, 826-27 (Tex.
Crim. App. 2005); cf. Stafford v. State, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We
affirm the trial court's judgments. (1)

 AFFIRMED.



 __________________________________

 CHARLES KREGER

 Justice


Submitted on February 5, 2008

Opinion Delivered February 13, 2008

Do not publish


Before Gaultney, Kreger, and Horton, JJ.
1. Appellant may challenge our decision in these appeals by filing a petition for
discretionary review. See Tex. R. App. P. 68.